United States District Court
Southern District of Texas
**ENTERED**
August 24, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COLLINS O. NYABWA, § | |
| § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. H-12-1152 |
| § | |
| LORIE DAVIS, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, CORRECTIONAL § | |
| INSTITUTIONS DIVISION, § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is Petitioner's § 2254 Application for Writ of Habeas Corpus (Document No. 1), Petitioner's Motion for Summary Judgment (Document Nos. 86 & 87), and Respondent's Motion to Dismiss Pursuant to 28 U.S.C. § 2254(b) (Document No. 88). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Petitioner's Application for Writ of Habeas Corpus and Motion for Summary Judgment be GRANTED, and Defendant's Motion to Dismiss be DENIED. No Objections have been filed by either side to the Memorandum and Recommendation. The Court, after having made a *de novo* determination of Petitioner's Application for Writ of Habeas Corpus, Petitioner's Motion for Summary Judgment, Respondent's Motion to Dismiss, and the Memorandum and Recommendation, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. Accordingly,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge filed on July 13, 2016, which is adopted in its entirety as the opinion of this Court, that Petitioner's Federal Application for Writ of Habeas Corpus (Document No. 1) and Motion for Summary Judgment (Document Nos. 86 & 87) are GRANTED, Respondent's Motion to Dismiss (Document No. 88) is DENIED, and the Judgments of the 248th District Court of Harris County Texas in Cause Nos. 1266052, 1266053, and 1266054, adjudging Petitioner guilty of improper photography under section 21.15(b) of the Texas Penal Code, are VACATED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 23rd day of August, 2016.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE